Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>JUSTIN PAUL VERZOSA,<br><br>    Defendant. | NO. 2:10-cr-00179-RAJ<br><br>ORDER |

THIS MATTER comes before the Court upon Defendant Justin Paul Verzosa's Petition for Writ of Error *Coram Nobis*. Dkt. 48. Having considered the petition, the government's response, Defendant's reply, and the files and pleadings herein,

It is hereby ORDERED that Defendant's Petition for Writ of Error *Coram Nobis* is **DENIED**.

DATED this 1st day of October, 2024.

                _____
                The Honorable Richard A. Jones
                United States District Judge

ORDER – 1